Nov. Term,
1858.

CONWELL
v.
O'BRIEN.

---

CONWELL *v.* O'BRIEN.

APPEAL from the *Marion* Court of Common Pleas.
*Per Curiam.*—The question presented by this case, is
settled by *Adamson v. The Auditor*, &c., 9 Ind. R. 174.
According to the agreed statement of facts, the tax was
levied by the vote of the township. This could not be
done. Had it been levied by the trustees after the vote, it

Monday,
December 20.

Nov. Term, 1858.

would have been good. That it was so levied, we cannot infer from the statement in the record.

The judgment is affirmed with costs.

*H. P. Biddle* and *B. W. Peters*, for the appellant.

*N. O. Ross* and *R. P. Effinger*, for the appellee.